OCTOBER 13, 1958.

No. 66. SAN DIEGO BUILDING TRADES COUNCIL ET AL. v. GARMON ET AL. Certiorari, 357 U. S. 925, to the Su-

preme Court of California. The Solicitor General is invited to file a brief in this case setting forth the views of the United States.